UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

            Plaintiff(s),              Case No. 15-14060

v.              Honorable David M. Lawson

PARKSIDE EAST, INC., HOLT MANOR, INC.,      Magistrate Judge R. Steven Whalen
KELLY MANOR, INC., and SUDI HOPPER,

            Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

    This case appears to be a companion case to Case No. __15-11649__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Sean F. Cox__ and Magistrate Judge __Michael J. Hluchaniuk__.

                                                                   s/David M. Lawson
                                                                   David M. Lawson
                                                                   United States District Judge

                                                                   s/Sean F. Cox
                                                                   Sean F. Cox
                                                                   United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: __CIVIL__

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __November 25, 2015__                        s/Andrea Teets
                                                            Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Sean F. Cox