UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

    v().                                Case No. 15-cv-14060
                                         Hon. Sean F. Cox

PARKSIDE EAST, INC., a Michigan
Corporation, et al.,

_____/

**DEFENDANTS' WITNESS LIST**

    NOW COME Defendants, and for their witness list, state as follows:

1. Defendant Sudi Hopper.

2. Daryl Hopper.

3. Representatives of Defendants for purposes of introducing documents.

4. Amanda Hopper.

5. Ron Stricker

6. Kevin Sackrider

7. Nick Merucci

8. Judy Ray

9. Patricia DeMeyer

1

10. Scott Ramey

11. Wayne Watson

12. Representative from Michigan Housing Commission.

13. Representatives from HUD.

14. All witnesses listed by Plaintiff

15.  All rebuttal witnesses

16. All witnesses necessary for the introduction of business records.


    */s/    Joseph Falcone*    June 18, 2016
    Joseph Falcone (P25727)
    Attorney for Defendants
    3000 Town Center, Suite 2370
    Southfield, MI 48075
    248-.57-6610
    jf@lawyer.com