UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                          Civil No. 15-14060

v.                                     Honorable Sean F. Cox

PARKSIDE EAST, INC.;
HOLT MANOR, INC.;
KELLY MANOR, INC.; and
SUDI HOPPER,

    Defendants.
_____/

# PLAINTIFF UNITED STATES' WITNESS LIST

Plaintiff's witness list is as follows:

1.     Jessica Ortiz

2.     Andrea Ridgard

3.     Adrienne Landau

4.     Melissa Lubbers

5.     Samantha Struppa

6.     Faye Bradbury

7.     Niki Green

8.     William Loboda

9.     Tim Ayers

10. Tory Ayers

11. Jerry Goins

12. Scott Walker

13. John Maldonado

14. Tawanda Wright

15. Matthew Kaler

16. Patricia Merceus-Kaler

17. Charles Lutz

18. Tige Hibbs

19. Sharon McCurdy

20. Representatives from the Fair Housing Center of Southeastern Michigan

21. All witnesses necessary for the authentication of business records

22. All witnesses listed by Defendants

Respectfully Submitted,

| | |
|---|---|
| BARBARA M. MCQUADE<br>United States Attorney<br>Eastern District of Michigan | VANITA GUPTA<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| */s/Sarah Karpinen*<br>SARAH KARPINEN (P63289)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan  48226<br>(313) 226-9595<br>Sarah.Karpinen@usdoj.gov | */s/Nancy F. Langworthy*<br>SAMEENA SHINA MAJEED<br>Acting Chief<br>TIMOTHY J. MORAN<br>Deputy Chief<br>NANCY F. LANGWORTHY<br>Trial Attorney<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue, N.W.<br>Northwestern Building, 7th Floor<br>Washington, DC 20530<br>Tel: (202) 616-8925<br>Fax: (202) 514-1116<br>Nancy.Langworthy@usdoj.gov |

PATRICK A. MILES, JR.
United States Attorney

*/s/W. Francesca Ferguson*
W. FRANCESCA FERGUSON (P30440)
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404, ext. 12020
Francesca.Ferguson@usdoj.gov


Dated: June 20, 2016

## **CERTIFICATION OF SERVICE**

I hereby certify that on June 20, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Sarah Karpinen*
SARAH KARPINEN (P63289)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9595
sarah.karpinen@usdoj.gov