UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PARKSIDE EAST, INC.;
HOLT MANOR, INC.;
KELLY MANOR, INC.; and
SUDI HOPPER,

    Defendants.
_____/

Case No. 15-cv-14060

Hon. Sean F. Cox
United States District Judge

Stephanie Dawkins Davis
United States Magistrate Judge

## **JOINT MOTION FOR ENTRY OF PROPOSED CONSENT ORDER**

For the reasons set forth in the attached Memorandum, the parties in this matter jointly move for entry of the attached proposed Consent Order.

*For the United States:*

BARBARA L. McQUADE
United States Attorney
Eastern District of Michigan

*/s/ Sarah Karpinen*
SARAH KARPINEN, P63289
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, Michigan 48226
(313) 226-9595
Sarah.Karpinen@usdoj.gov


PATRICK A. MILES, JR.
United States Attorney
*/s/ Francesca Ferguson*
W. FRANCESCA FERGUSON, P30440
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404, ext. 12020
Francesca.Ferguson@usdoj.gov

VANITA GUPTA
Principal Deputy Assistant
Attorney General
Civil Rights Division

*/s/ Nancy F. Langworthy*
SAMEENA SHINA MAJEED
Chief
TIMOTHY J. MORAN
Deputy Chief
NANCY F. LANGWORTHY
Trial Attorney
Housing and Civil Enforcement
 Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 616-8925
Nancy.Langworthy@usdoj.gov


*For Defendants:*

*/s/ Joseph Falcone* (with consent)
JOSEPH FALCONE, ESQ.
3000 Town Center, Suite 2370
Southfield, MI 48075
(248) 357-6613
jf@lawyer.com

Dated: August 30, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PARKSIDE EAST, INC.;
HOLT MANOR, INC.;
KELLY MANOR, INC.; and
SUDI HOPPER,

    Defendants.
_____/

Case No. 15-cv-14060

Hon. Sean F. Cox
United States District Judge

Stephanie Dawkins Davis
United States Magistrate Judge

## MEMORANDUM IN SUPPORT OF
## JOINT MOTION FOR ENTRY OF PROPOSED CONSENT ORDER

On November 19, 2015, the United States filed a Complaint against Parkside East, Inc., Holt Manor, Inc., Kelly Manor, Inc. and Sudi Hopper (collectively "Defendants"), alleging that Defendants violated the Fair Housing Act, 42 U.S.C. §§ 3601-3619, by engaging in housing practices that discriminate on the basis of familial status. The Complaint alleged that Defendants refused to negotiate for the rental of, or otherwise made unavailable one bedroom units to prospective renters with children, in violation of 42 U.S.C. § 3604(a); discriminated against persons in the terms, conditions or privileges of rental of a dwelling because of familial status, in violation of 42 U.S.C. § 3604(b); and made statements with respect to the rental

of a dwelling that indicate a preference, limitation or discrimination based on familial status, in violation of 42 U.S.C. § 3604(c).

After participating in discovery, the parties agreed to resolve their dispute under the terms set forth in the proposed Consent Order, attached to this motion as Exhibit A. The proposed Consent Order is fair, adequate, and reasonable, and consistent with the public interest. See *United States v. Lexington-Fayette Urban County Government*, 591 F.3d 484, 489 (6th Cir. 2010) (holding that the criteria for reviewing a consent decree is whether it is "fair, adequate, and reasonable, as well as consistent with the public interest." (internal quotations omitted)).

Each term within the proposed Consent Order is necessary and appropriate to achieve the parties' purpose, and is consistent with the Fair Housing Act, which provides the statutory basis for the United States' suit in this matter. The parties, both of whom are represented by informed and competent counsel, have deemed the terms of the proposed Consent Order to be fair, adequate, and reasonable, and thereby jointly desire to resolve this matter in this way.

Respectfully submitted,

*For the United States:*

| | |
|---|---|
| BARBARA L. McQUADE<br>United States Attorney<br>Eastern District of Michigan | VANITA GUPTA<br>Principal Deputy Assistant<br>Attorney General<br>Civil Rights Division |

*/s/ Sarah Karpinen*
SARAH KARPINEN, P63289
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, Michigan 48226
(313) 226-9595
Sarah.Karpinen@usdoj.gov

*/s/ Nancy F. Langworthy*
SAMEENA SHINA MAJEED
Chief
TIMOTHY J. MORAN
Deputy Chief
NANCY F. LANGWORTHY
Trial Attorney
Housing and Civil Enforcement
 Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 616-8925
Nancy.Langworthy@usdoj.gov

PATRICK A. MILES, JR.
United States Attorney
*/s/ Francesca Ferguson*
W. FRANCESCA FERGUSON, P30440
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404, ext. 12020
Francesca.Ferguson@usdoj.gov

*For Defendants:*

*/s/ Joseph Falcone* (with consent)
JOSEPH FALCONE, ESQ.
3000 Town Center, Suite 2370
Southfield, MI 48075
(248) 357-6613
jf@lawyer.com

Dated: August 30, 2016

3

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 30, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Sarah Karpinen*
SARAH KARPINEN (P63289)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9595
sarah.karpinen@usdoj.gov